UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DUNG QUOC PHAM** | CIVIL ACTION NO. 16-00467 |
| **VERSUS** | JUDGE ROBERT G. JAMES |
| **UNIVERSITY OF LOUISIANA AT MONROE, ET AL.** | MAG. JUDGE KAREN L HAYES |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED that Plaintiff's Motion for a Preliminary Injunction [Doc. No. 2] is DENIED. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss [Doc. No. 11] on qualified immunity grounds is GRANTED, and all claims against the individual Defendants in their individual capacities for monetary damages are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 13th day of July, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE