UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DUNG QUOC PHAM** | **CIVIL ACTION NO. 16-00467** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **UNIVERSITY OF LOUISIANA AT MONROE, ET AL.** | **MAG. JUDGE KAREN L HAYES** |

## ORDER

For the reasons set forth in the Court's Ruling,

**IT IS ORDERED** that Defendants' "Motion to Enforce F.R.A.P. Rule 10" [Doc. No. 35] is **GRANTED**.

Further, Pham's Motion to Amend the Notice of Appeal [Doc. No. 36], to the extent he seeks to add this Court's orders dated April 8, 2016 and June 6, 2016 to his Notice of Appeal, is **GRANTED**.

**IT IS FURTHER ORDERED** Pham shall have fourteen **(14) days** to either order a full transcript of the July 7 & 8, 2016, hearing or, in the alternative, file a statement of the limited issues that he intends to present on appeal and must serve on the Defendants a copy of the statement of issues in compliance with FED. R. APP. P. 10(b)(3)(A).

**Finally**, Pham shall have fourteen **(14) days** to either order a full transcript of such parts of the proceedings that are necessary to this Court's April 8th and June 6th decisions or, in the alternative, file a statement of the limited issues that he intends to present on appeal and must serve on the Defendants a copy of the statement of issues in compliance with FED. R. APP. P. 10(b)(3)(A).

MONROE, LOUISIANA, this 12th day of September, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE