# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 28, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-30920    Dung Pham v. Univ of LA at Monroe, et al
                       USDC No. 3:16-CV-467

The court has granted the motion to supplement or correct the record in this case. The district court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Cindy M. Broadhead, Deputy Clerk
                                    504-310-7707

Ms. Linda Law Clark
Mr. Tony R. Moore
Mr. Daniel Clay Wirtz

U. S. COURT OF APPEALS
FIFTH CIRCUIT
CASE NO. 16-30920

**DUNG QUOC PHAM,**

**Plaintiff - Appellant**

**VERSUS**

**BENNY BLAYLOCK, in his official capacity as Dean of the College of Pharmacy, University of Monroe; KEITH JACKSON, individually and in his official capacity as Faculty Chairperson of the Board of Ethics of the College of Pharmacy, University of Louisiana at Monroe; TIBB JACOBS, individually and in her official capacity as the Faculty Chairperson of the Board of Ethics of the College of Pharmacy, University of Louisiana at Monroe; MICHAEL COCKERHAM, individually and in his official capacity as Associate Dean for Academic Affairs for the College of Pharmacy, University of Louisiana at Monroe; KHALID EL SAYED, individually and in his official capacity as Professor of the College of Pharmacy, University of Louisiana at Monroe; ERIC A. PANI, individually and in his official capacity as Vice President for Academic Affairs, University of Louisiana at Monroe; SHERRYE CARRADINE, individually and in her official capacity as In-House Counsel, University of Louisiana at Monroe; UNIVERSITY OF LOUISIANA SYSTEM BOARD OF SUPERVISORS,**

**Defendants - Appellees**

**EX PARTE UNOPPOSED MOTION TO SUPPLEMENT RECORD**

**AND**

**STAY BRIEFING DEADLINES**

    **NOW COME** all Defendants-Appellees, through undersigned counsel enrolled in this matter, who do provide to this Court an unopposed request for the above relief for the reasons outlined below.

1.

Upon appeal, Plaintiff-Appellant first ordered a partial transcript which the Court Reporter completed timely and submitted to the Court. However, during this process, the District Court issued an Order, pursuant to FRAP Rule 10, that the Plaintiff-Appellant either identify the narrow issues on appeal for which a partial transcript applied or obtain the full transcript. The Plaintiff Appellant then submitted a second full transcript order, which the record reflects must be completed by October 26, 2016.

2.

During the subsequent District court proceedings, the Fifth Circuit, believing the transcript complete and record certified, issued briefing deadlines on October 20, 2016.

3.

The timeline outline in the supporting memorandum, incorporated herein, shows the docket orders and the second transcript process necessary to complete the appeal record.

4.

Under signed Counsel for Defendant Appellees has downloaded and reviewed the existing electronic court record and confirms that while the actual docket entries consisting of motions, memos and orders are included but the sole

transcription is from the original limited request rather than the full request submitted after order of the District Court.

**WHEREFORE,** Defendants-Appellees pray that this Court stay the issued briefing schedule until all the record transcript is completed and the record recertified as whole and complete to this Court.

Respectfully submitted,

DECUIR, CLARK & ADAMS, L.L.P.

*/s/ Linda Law Clark*
Linda Law Clark
Bar Roll No. 22305
Winston G. DeCuir, Jr.
Bar Roll No. 25642
732 North Boulevard
Baton Rouge, LA 70802
Phone: (225) 346-8716
Fax: (225) 336-1950
E-MAIL: Linda@decuirlaw.com

### CERTIFICATE OF SERVICE

I hereby certify we have filed this Motion, memo and proposed Order to Suspend Briefing and supplement Transcript on the 25th day of October, 2016 with Daniel Clay Wirtz, attorney for Appellant-Plaintiff, being provided notice of same electronically through the electronic filing system.

*/s/ Linda Law Clark*
Linda Law Clark

U. S. COURT OF APPEALS

FIFTH CIRCUIT

CASE NO. 16-30920

**DUNG QUOC PHAM,**

                               Plaintiff - Appellant

**VERSUS**

**BENNY BLAYLOCK, in his official capacity as Dean of the College of Pharmacy, University of Louisiana at Monroe; KEITH JACKSON, individually and in his official capacity as Faculty Chairperson of the Board of Ethics of the College of Pharmacy, University of Louisiana at Monroe; TIBB JACOBS, individually and in her official capacity as the Faculty Chairperson of the Board of Ethics of the College of Pharmacy, University of Louisiana at Monroe; MICHAEL COCKERHAM, individually and in his official capacity as Associate Dean for Academic Affairs for the College of Pharmacy, University of Louisiana at Monroe; KHALID EL SAYED, individually and in his official capacity as Professor of the College of Pharmacy, University of Louisiana at Monroe; ERIC A. PANI, individually and in his official capacity as Vice President for Academic Affairs, University of Louisiana at Monroe; SHERRYE CARRADINE, individually and in her official capacity as In-House Counsel, University of Louisiana at Monroe; UNIVERSITY OF LOUISIANA SYSTEM BOARD OF SUPERVISORS,**

                               Defendants - Appellees

**MEMORANDUM IN SUPPORT OF EX PARTE UNOPPOSED MOTION
TO SUPPLEMENT RECORD
AND
STAY BRIEFING DEADLINES**

## MEMORANDUM IN SUPPORT OF UNOPPOSED EX PARTE MOTION

### MAY IT PLEASE THE COURT:

Defendants-appellees appear to support this unopposed ex parte motion to stay the posted briefing deadlines to permit the record to be supplemented with the remainder of the transcript order filed into the record as follows. There were two transcript requests whose timelines crossed paths with other orders of the courts, resulting in only part of the requested transcript actually in the certified record at this time.

### FACTS

The Docket reflects the following timeline in this matter.

Document No. 32: 8/8/16: Plaintiff filed his Notice of Appeal.

Document No. 33: 8/8/16 Plaintiff filed request to designate 'Record' as being Plaintiff's exhibits at trial and that requested a transcription of Plaintiff's counsel's opening statements and the testimony of three of seven individually named Defendants (Blaylock, Pani, and Robertson).

Document No. 34: 8/12/16 the Form to request transcription of the above was filed.

Document No. 35: 8/31/2016 Defendants filed a Motion to Enforce FRAP Rule 10.

Document No. 36: 9/2/16 Plaintiff filed opposition to the motion.

Electronic Minute Entry: 9/2/20/16 Court requested Defendants to file a reply memorandum by 9/9/2016.

Document No. 37: 9/8/16 Defendants file a Reply Memorandum.

Document No. 39 & 40: 9/13/16 District Court issued Memorandum regarding Docket # 35, Motion to enforce FRAP Rule 10.  The Court ordered Plaintiff-Appellant to either identify limited issues of appeal or to order the entire transcript within 14 days of the ruling of 9/13/16 and granted Plaintiff's request for expansion of the Appeal to earlier rulings by the Court.

Minute Entry: 9/14/16 Plaintiff filed an Amended Notice of Appeal

9/26/16: Plaintiff New transcript order entered the record pursuant to District Court's order.

Court reporter Notice: 10/11/16.  Original Transcript request completed

Minute entry: 10/11/16 District Court sets timeline to clerk for transcription completion of the record with full certification of the appeal record due 10/26/16.

Fifth Circuit Notice to Counsel: 10/20/16. Notice by U.S. Court of Appeals to counsel that it appears the record is complete and certified and sets docketing of the appeal and issuance of a briefing notice.

10/21/16: Counsel discussed status of revised transcript with the Western District Clerk of Court and confirmation it will be completed by 10/26/16.

10/24/16: Counsel discussed the District Court appeals section and the Fifth Circuit Clerk's office the incomplete record and briefing order.

10/25/16: Unopposed Ex Parte Motion to stay the brief schedule issued so that the record can be supplemented with the pending transcription.

## DISCUSSION

A briefing order issued by the Fifth Circuit Court believing the record to be complete. However, it is suggested that it was premature due to District's additional scheduling orders and amended rulings. and it is appropriate to stay those dates until the ordered transcript is completed, supplementing the record, and that new date then be issued.

## CONCLUSION

The Parties pray this motion be granted, the record be supplemented with the requested transcription and a new briefing schedule be issued accordingly.

Respectfully submitted,

DECUIR, CLARK & ADAMS, L.L.P.

*/s/ Linda Law Clark*
Linda Law Clark
Bar Roll No. 22305
Winston G. DeCuir, Jr.
Bar Roll No. 25642
732 North Boulevard
Baton Rouge, LA 70802
Phone: (225) 346-8716
Fax: (225) 336-1950
E-MAIL: Linda@decuirlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify we have filed this Motion, Memo and proposed Order to Suspend Briefing and supplement Transcript on the 25th day of October, 2016 with Daniel Clay Wirtz, attorney for Appellant-Plaintiff, being provided notice of same electronically through the electronic filing system.

*/s/ Linda Law Clark*
Linda Law Clark

# U. S. COURT OF APPEALS
# FIFTH CIRCUIT
# CASE NO. 16-30920

**DUNG QUOC PHAM,**

**Plaintiff - Appellant**

**VERSUS**

**BENNY BLAYLOCK, in his official capacity as Dean of the College of Pharmacy, University of Louisiana at Monroe; KEITH JACKSON, individually and in his official capacity as Faculty Chairperson of the Board of Ethics of the College of Pharmacy, University of Louisiana at Monroe; TIBB JACOBS, individually and in her official capacity as the Faculty Chairperson of the Board of Ethics of the College of Pharmacy, University of Louisiana at Monroe; MICHAEL COCKERHAM, individually and in his official capacity as Associate Dean for Academic Affairs for the College of Pharmacy, University of Louisiana at Monroe; KHALID EL SAYED, individually and in his official capacity as Professor of the College of Pharmacy, University of Louisiana at Monroe; ERIC A. PANI, individually and in his official capacity as Vice President for Academic Affairs, University of Louisiana at Monroe; SHERRYE CARRADINE, individually and in her official capacity as In-House Counsel, University of Louisiana at Monroe; UNIVERSITY OF LOUISIANA SYSTEM BOARD OF SUPERVISORS,**

**Defendants - Appellees**

**ORDER**

**Considering the unopposed Motion** to complete the official record by supplementing the new transcript order and to stay briefing deadlines until such is completed:

**IT IS ORDERED** the request be granted, all briefing deadlines be stayed until the completion of the official transcript and certification of the record is completed with this court, with new briefing to be issued at that time.

_____
United States Court of Appeals
Fifth Circuit